Ryan Lee (SBN: 235879)
rlee@consumerlawcenter.com
Matthew A. Rosenthal (SBN 279334)
mrosenthal@consumerlawcenter.com
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA  90025
Tel: (323) 988-2400
Fax: (866) 861-1390
JENNIFER FANNING

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| JENNIFER FANNING, | Case No.: |
| Plaintiff, | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| v. | **(Unlawful Debt Collection Practices)** |
| UNIVERSITY OF PHOENIX, INC. | |
| Defendant. | |

JENNIFER FANNING (Plaintiff), by her attorneys, KROHN & MOSS, LTD., alleges the following against UNIVERSITY OF PHOENIX, INC. (Defendant):

**INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Telephone Consumer Protection Act, 28 U.S.C. § 227 *et seq.* (TCPA).

**JURISDICTION AND VENUE**

2. Jurisdiction of this Court arises pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1367 grants this court supplemental jurisdiction over the state claims contained therein.

3. Defendant conducts business and is principally located in the State of California thereby establishing personal jurisdiction.

4. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2).

## PARTIES

5. Plaintiff is a natural person residing in Elverta, Sacramento County, California.

6. Defendant is a business entity with an office in Phoenix, Arizona.

7. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

8. Defendant constantly and continuously places calls to Plaintiff on Plaintiff's cellular telephone.

9. Defendant places calls from telephone numbers, including, but not limited to, 916-265-1465.

10. Defendant places collection calls to Plaintiff's cellular telephone at phone number 916-459-86XX.

11. Per its prior business practices, each of these collection calls were placed using an automatic telephone dialing system.

12. Plaintiff has spoken with Defendant and requested that Defendant cease placing automated calls to her cellular phone.

13. Upon information and belief, Plaintiff never provided Defendant with any consent, express or implied, to place automated calls to her cellular telephone.  Furthermore, any such consent was revoked by Plaintiff when she requested that Defendant cease calling her cellular phone.

14. Despite Plaintiff's request to cease, Defendant continued to place at least thirty-seven

(37) calls to Plaintiff, including but not limited to the following:

- May 9, 2014: four (4) calls;
- May 10, 2014: one (1) call;
- May 12, 2014: four (4) calls;
- May 13, 2014: six (6) calls;
- May 14, 2014: seven (7) calls;
- May 15, 2014: six (6) calls;
- May 16, 2014: seven (7) calls;
- May 19, 2014: two (2) calls.

## COUNT I
## DEFENDANT VIOLATED THE TELEPHONE CONSUMER PROTECTIONS ACT

15. Defendant's actions alleged *supra* constitute numerous negligent violations of the TCPA, entitling Plaintiff to an award of $500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B).

16. Defendant's actions alleged *supra* constitute numerous and multiple knowing and/or willful violates of the TCPA, entitling Plaintiff to an award of $1500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

Wherefore, Plaintiff, JENNIFER FANNING, respectfully requests judgment be entered against Defendant, UNIVERSITY OF PHOENIX, INC. for the following:

17. Statutory damages of $500.00 for each and every negligent violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(B);

18. Statutory damages of $1500.00 for each and every knowing and/or willful violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(b) and 47 U.S.C. § (b)(3)(C);

19. All court costs, witness fees and other fees incurred; and

20. Any other relief that this Honorable Court deems appropriate.

DATED:  August 6, 2014

RESPECTFULLY SUBMITTED,
KROHN & MOSS, LTD.

By: /s/Ryan Lee
Ryan Lee
Attorney for Plaintiff

**DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, JENNIFER FANNING, demands a jury trial in this case.