Ryan Lee (SBN 235879)
Krohn & Moss, Ltd
10474 Santa Monica Blvd.
Suite 405
Los Angeles, CA 90025
(323) 988-2400 x241
(866) 861-1390 (fax)
Email: rlee@consumerlawcenter.com

Attorneys for Plaintiff
Jennifer Fanning

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| JENNIFER FANNING, | Case No.: 2:14-cv-01844-JAM-KJN |
| Plaintiff, | **STIPULATION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)** |
| vs. | |
| UNIVERSITY OF PHOENIX, INC., | |
| Defendant. | |

**TO THE COURT, ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

WHEREAS, plaintiff Jennifer Fanning desires to dismiss with prejudice her Complaint in its entirety, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii); and

WHEREAS, defendant University of Phoenix, Inc. (the "University") has no objection to such a dismissal;

Accordingly, based upon the foregoing, the parties hereby stipulate to dismiss the Complaint in its entirety with prejudice.

Dated:   November 13, 2014                          Respectfully submitted,

                                                    Krohn & Moss, Ltd.

                                                    By: /s/  *Ryan Lee*
                                                          Ryan Lee
                                                          Attorneys for Plaintiff
                                                          Jennifer Fanning

                                                    REED SMITH LLP

                                                    By:  /s/*Raymond Y. Kim*
                                                          Raymond Y. Kim
                                                          Attorney for Defendant
                                                          University of Phoenix, Inc.

**ATTESTATION OF SIGNATURE**

I, Ryan Lee, am the ECF User whose ID and Password were used to electronically file this Stipulation to Dismiss Complaint to November 13, 2014.  Pursuant to Eastern District of California Local Rule 131(e), I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the content of this filing and have authorized the electronic filing thereof.

                                                    */s/ Ryan Lee*
                                                    Ryan Lee